# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| KELLY A. DEVIEW, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:04cv295-H |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| KELLY A. DEVIEW, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:05cv147-H |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon the parties' Joint Motion to Consolidate Civil Action No. 3:04cv295-H and Civil Action No. 3:05cv147-H and Amend Scheduling Order of Civil Action No. 3:05cv147-H or in the Alternative to Extend Discovery in Civil Action No. 3:04cv295-H.

For good cause shown, the motion is allowed and the cases are hereby consolidated. Both cases shall be governed by the Pretrial Order and Case Management Plan entered in Civil Action No. 3:05cv147-H, as amended by agreement of the parties.

It is so ORDERED, the 4th day of October 2005.

Carl Horn III
~~Chief~~ U.S. Magistrate Judge